JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

KENNETH WAYNE KING and LINDA KING,

     Plaintiffs,

     v.

UNITED STATES OF AMERICA

     Defendant.

NO. SA CV 12-56 CJC (MLGx)

ORDER DISMISSING ACTION WITH PREJUDICE

     Pursuant to the parties' Stipulation for Compromise Settlement filed in this action,

     **IT IS HEREBY ORDERED:**

     Plaintiffs' action is dismissed in its entirety with prejudice, each party shall bear their own costs of suit and attorneys fees. The Court retains jurisdiction pending payment of the settlement proceeds set forth in the stipulation.

     Dated this 22nd day of October, 2012.

_____
CORMAC J. CARNEY
United States District Judge