JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KENNETH WAYNE KING and LINDA KING,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | NO. SA CV 12-56 CJC (MLGx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

    Pursuant to the parties' Stipulation for Compromise Settlement filed in this action,

    **IT IS HEREBY ORDERED**:

    Plaintiffs' action is dismissed in its entirety with prejudice, each party shall bear their own costs of suit and attorneys fees. The Court retains jurisdiction pending payment of the settlement proceeds set forth in the stipulation.

    Dated this 22nd day of October, 2012.

_____
    CORMAC J. CARNEY
United States District Judge